UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELA CUMMINGS,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>VALLEY HEALTH SYSTEM, LLC, et al.,<br><br>                    Defendant(s). | Case No. 2:16-CV-2486 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Cummings v. Valley Health System, LLC et al.*, case number 2:16-cv-02486-JCM-GWF.

On November 1, 2016, defendant filed a motion to dismiss plaintiff's complaint (ECF No. 1). (ECF No. 7). On November 18, 2016, plaintiff responded (ECF No. 14) and filed an amended complaint (ECF No. 13).

In light of the foregoing, the court will deny defendant's motion to dismiss as moot.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 7) be, and the same hereby is, DENIED as moot.

DATED November 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**