# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA CUMMINGS, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02486-JCM-GWF |
| vs. | ) **ORDER** |
| VALLEY HEALTH SYSTEMS, LLC, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendant's Motion for Sanctions (ECF No. 25), filed on January 17, 2017. Defendant Valley Health Systems, LLC filed its Opposition (ECF No. 27) on January 19, 2017.

Plaintiff requests an extension of one week from January 17, 2017 to January 24, 2017 to file her response to Defendant Valley Health System's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (ECF No. 22). The Court reviewed Defendant's Opposition and finds that an one week extension under the circumstances is warranted. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendant's Motion for Sanctions (ECF No. 25) is **granted**. Plaintiff shall file her response to Defendant's Motion for Sanctions by **January 24, 2017**.

DATED this 20th day of January, 2017.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge